IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Butler, Brian C | Case Number: 08 B 09435 |
|---|---|---|
| | Sturkey, Ronda N | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 4/17/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 25, 2008
Confirmed: June 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,699.98 | |
| Secured: | | 2,338.05 |
| Unsecured: | | 0.00 |
| Priority: | | 1,244.40 |
| Administrative: | | 2,844.00 |
| Trustee Fee: | | 446.77 |
| Other Funds: | | 1,826.76 |
| Totals: | 8,699.98 | 8,699.98 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,844.00 | 2,844.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial | Secured | 0.00 | 0.00 |
| 5. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 6. | Rogers & Hollands Jewelers | Secured | 505.99 | 40.00 |
| 7. | CarMax Auto Finance | Secured | 20,868.45 | 1,960.00 |
| 8. | American General Finance | Secured | 2,091.10 | 320.00 |
| 9. | Wells Fargo Home Mortgage | Secured | 11,467.39 | 18.05 |
| 10. | Internal Revenue Service | Priority | 5,460.79 | 1,244.40 |
| 11. | Illinois Dept of Revenue | Priority | 2,499.44 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 362.38 | 0.00 |
| 13. | CarMax Auto Finance | Unsecured | 273.03 | 0.00 |
| 14. | Dish Network | Unsecured | 327.34 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 14,194.67 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 268.96 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 1,871.08 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 468.98 | 0.00 |
| 19. | Jeffery Leving Ltd | Unsecured | 5,932.50 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 495.40 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 1,305.40 | 0.00 |
| 22. | Internal Revenue Service | Unsecured | 11.39 | 0.00 |
| 23. | Rogers & Hollands Jewelers | Unsecured | 721.95 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 308.49 | 0.00 |
| 25. | Nationwide Acceptance Corp | Unsecured | 919.32 | 0.00 |
| 26. | City Of Chicago Dept Of Revenue | Unsecured | 2,560.00 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | | |
|---|---|---|
| Butler, Brian C | | Case Number: 08 B 09435 |
| Sturkey, Ronda N | | Judge: Wedoff, Eugene R |
| Printed: 12/23/08 | | Filed: 4/17/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 27. | ECast Settlement Corp | Unsecured | 306.28 | 0.00 |
| 28. | Macy's | Unsecured | 362.08 | 0.00 |
| 29. | Resurgent Capital Services | Unsecured | 2,380.13 | 0.00 |
| 30. | Illinois Dept of Revenue | Unsecured | 376.69 | 0.00 |
| 31. | Capital One | Unsecured | | No Claim Filed |
| 32. | Capital One | Unsecured | | No Claim Filed |
| 33. | Payday Loan | Unsecured | | No Claim Filed |
| 34. | HSBC | Unsecured | | No Claim Filed |
| 35. | Sun Cash | Unsecured | | No Claim Filed |
| 36. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 37. | Oak Park Family Dental | Unsecured | | No Claim Filed |
| 38. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 39. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 40. | HSBC | Unsecured | | No Claim Filed |
| 41. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | $ 79,183.23 | $ 6,426.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 446.77 |
| | $ 446.77 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

